## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAFIS BILAL, | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT JERRY WALSH, *et al.*, | : | |
| Respondent | : | NO. 11-1973 |

### ORDER

**AND NOW**, this 28th day of March, 2012, for the reasons explained in the court's

Memorandum of today, it is hereby **ORDERED** that counsel will be appointed for Petitioner.

It is so **ORDERED**.


**BY THE COURT:**



 */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
Chief United States Magistrate Judge