# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NAFIS BILAL, | : | CIVIL ACTION |
| Petitioner | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT JERRY WALSH, *et al.*, | : | |
| Respondent | : | NO. 11-1973 |

## ORDER

**AND NOW**, this 28th day of March, 2012, for the reasons explained in the court's Memorandum of today, it is hereby **ORDERED** that counsel will be appointed for Petitioner.

It is so **ORDERED**.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
Chief United States Magistrate Judge