# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NAFIS BILAL**<br><br>    v.<br><br>**JERRY WALSH, et al.** | **CIVIL ACTION**<br><br>**NO. 11-1973** |

## ORDER

**AND NOW**, this 24th day of February, 2016, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED**:

1. The objections filed by Petitioner are overruled.

2. The Report and Recommendation is approved.

3. The Petition for Writ of Habeas Corpus is **DENIED**.

4. There are no grounds for a Certificate of Appealability.

5. The Clerk of Court shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 11\11-1973 bilal v. walsh\11cv1973 order 2192016.docx